THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Gregory Kente'
 Neely, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge

Memorandum Opinion No. 2010-MO-024
 Submitted September 23, 2010  Filed
September 27, 2010   

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense, of
 Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott and Assistant Attorney General Brian
 T. Petrano, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review
 the denial of Petitioner's application for post-conviction relief (PCR).  We
 now dismiss the writ as improvidently granted.
DISMISSED
 AS IMPROVIDENTLY GRANTED
TOAL,
 C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.